UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNN RUGGIERI,

Plaintiff,

v. C.A. No. 05-056S

BRYANT UNIVERSITY
a/k/a BRYANT COLLEGE,

Defendant.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By:____________________
Deputy Clerk

ENTER:

____________________
William E. Smith
U.S. District Judge

Date: 2/15/05

2