UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LYNN RUGGIERI
Plaintiff
v. C.A. NO. 05-56-T

BRYANT UNIVERSITY a/k/a BRYANT COLLEGE
Defendant

RECEIVED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**<u>JOINT STIPULATION TO EXTEND THE DATE FOR PLAINTIFF TO ANSWER, OBJECT, OR OTHERWISE RESPOND TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

Now come the Parties, and, with the Court's permission, respectfully submit this joint stipulation extending the date for Plaintiff to Answer, Object, or otherwise respond to Defendant's First Request for Production of Documents until Monday, July 25, 2005.

Respectfully Submitted,

Plaintiff
Lynn Ruggieri
By Her Attorney,

Stephen Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Defendant
Bryant University a/k/a Bryant College
By its Attorney,

Neal J. McNamara
Holland & Knight LLP
One Financial Plaza
Providence, RI 02903
401-751-8500/553-6850 FAX