UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNN RUGGIERI,<br><br>Plaintiff,<br><br>v.<br><br>BRYANT UNIVERSITY,<br>a/k/a<br>BRYANT COLLEGE,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-056 T |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that on Monday, August 29, 2005 ***at 10:00 a.m.*** at the offices of Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, Rhode Island and continuing from day-to-day until completed, Defendants will take the deposition upon oral examination of ***Lynn Ruggieri*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

BRYANT UNIVERSITY a/k/a
BRYANT COLLEGE,

By their Attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara (#4249)
Robert J. Crohan Jr. (#6516)
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Dated: August 15, 2005

CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and accurate copy of the within document to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 on this 15th day of August, 2005.

Marilyn Lowly

# 3092702_v1