**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**LYNN RUGGIERI,**
**Plaintiff**

**C.A. No. 05-056T**

**v.**

**BRYANT UNIVERSITY,**
**a/k/a/**
**BRYANT COLLEGE,**
**Defendant**

**PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S FURTHER RESPONSES TO DEFENDANT BRYANT UNIVERSITY'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff hereby submits this Objection and Opposition to Defendant's Motion to Compel Plaintiff's Further Responses to Defendant Bryant University's First Request for Production of Documents.

In support of her Objection and Opposition, Plaintiff avers that she provided full and complete responses to Defendant's First Request for Production of Documents. Plaintiff submits that, notwithstanding her objections, she provided all documents which were currently in her possession, custody or control, responsive to Defendant's requests. Plaintiff also stated in her responses to Defendants that documents which she did not currently have in her possession, but believed she could retrieve, she would promptly provide to the Defendant upon her receipt.

Plaintiff also avers that her objections were limited and properly stated within the scope of the discovery rules. As a practical matter, it should be noted that Plaintiff is making no claim to the Defendant for lost wages, and thus objected to the Defendant's claim for documents probing this and other related issues. The Plaintiff maintains that the objections stated in her responses are valid and grounded in the specific facts of her case and applicable rules of discovery.

Based on the above, the Plaintiff respectfully requests that the Defendant's Motion be **DENIED.**

**Request for Hearing**

The Plaintiff respectfully requests a hearing to resolve the issues in the Defendants' Motion.

Respectfully Submitted,
Lynn Ruggieri
By Her Attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-272-8250
Fax: 401-272-4520

CERTIFICATION

I hereby certify that a true and accurate copy of the above was delivered by 1st class regular mail, on the date indicated below, to: Neal J. McNamara, One Financial Plaza, Suite 1800, Providence, RI 02903.

Date: 9/8/05