UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNN RUGGIERI, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-056 T |
| BRYANT UNIVERSITY, a/k/a BRYANT COLLEGE, | ) | |
| Defendant. | ) | |

FILED AUG 2 9 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

9/12/05: DENIED AS MOOT IN VIEW OF SETTLEMENT OF THE CASE. USMJ

**MOTION TO COMPEL PLAINTIFF'S FURTHER RESPONSES TO DEFENDANT BRYANT UNIVERSITY'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 37(a)(2) of Fed. R. Civ. P., Defendant Bryant University hereby moves for an order compelling Plaintiff Lynn Ruggieri to provide further responses to the following requests for production of documents and striking all objections thereto. Defendant requests compliance with the order within ten (10) days of the granting of this motion.

The pertinent requests and responses appear below and are appended hereto in their original form as Exhibit 1:

**12.** All documents concerning any attempt on your part to secure employment following your separation from Defendant, including, but not limited to, cover letters and resumes sent to prospective employers, and responses thereto, and offers of employment received by you and responses thereto.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 9/9/05