UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LYNN RUGGIERI | : | |
| | : | |
| v. | : | C.A. No. 05-56T |
| | : | |
| BRYANT UNIVERSITY | : | |

**ORDER TO SHOW CAUSE**

A settlement conference was held in this matter on September 12, 2005 and the parties reached a settlement. This Court requested that the parties file a dismissal stipulation within thirty days. To date, no dismissal stipulation has been filed despite numerous reminders from the Court including a telephone conference held on November 28, 2005.

Thus, pursuant to Local R. 22(b), the parties are ORDERED to appear for a hearing before this Court in Courtroom A, John O. Pastore Federal Building, on **January 5, 2006 at 10:00 a.m.** to show cause why this matter should not be either dismissed with prejudice, or alternatively, placed on the January trial calendar[1] due to the parties' failure to file a dismissal stipulation in a timely fashion.

LINCOLN D. ALMOND
United States Magistrate Judge
December 20, 2005

[1] The deadline for filing pretrial memoranda in this case is January 1, 2006.