Property of U.S. District Court
District of Rhode Island
DEC 15 2005
RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LYNN RUGGIERI,
Plaintiff

C.A. No. 05-056 T

BRYANT UNIVERSITY a/k/a
BRYANT COLLEGE
Defendants

**DISMISSAL STIPULATION**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants in the above matter stipulate to the dismissal of this action in its entirety including all claims and counterclaims. This dismissal is with prejudice and without any award of fees, costs or other monetary sanctions to either Plaintiff or Defendant.

Plaintiff
By Her Attorney

Stephen Fanning

Stephen T. Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

Defendant
By its Attorney

Neal J. McNamara

Neal J. McNamara, Esq. (#4249)
Holland & Knight LLP
One Financial, Suite 1800
Providence, RI 02903
401-751-8500
401-553-6850 fax

ENTER:

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: 12/22/05 , 2005